```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA, ex rel
and ROBERT C. SMITH, M.D.,

                    Plaintiffs,                O R D E R

      - against -                               06 Civ. 4056 (NRB)

NEW YORK PRESBYTERIAN HOSPITAL,
CORNELL UNIVERSITY - JOAN & SANFORD
WEILL MEDICAL COLLEGE,

                    Defendants
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

Dated: New York, New York
       January 25, 2008

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE